**Order entered May 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00519-CV**
**No. 05-16-00520-CV**

## IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## ORDER

Before the Court is appellant's May 12, 2016 motion seeking review of the trial court's indigence determination.  We **ORDER** Janet Saavedra, as Official Court Reporter of the 254th Judicial District Court**, to either (1) file the record of the May 12, 2016 indigency hearing no later than May 17, 2016 or (2) coordinate with the reporter who recorded the hearing to ensure the record is filed no later than May 17, 2016.**  *See* TEX. R. APP. P. 20.1(j)(3).  We further **ORDER** Dallas County District Clerk Felicia Pitre to file, **no later than May 17, 2016**, a clerk's record containing a copy of the contest(s) and trial court's order sustaining the contest(s). *See id.* If the order cannot be located, Ms. Pitre shall notify the Court in writing. The requested reporter's and clerk's record, or written verification, shall be filed without advance payment of costs**.** *See id.* 20.1(j)(3).  No extensions will be granted.  *See id.* 20.1(j)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Susan Rankin, Presiding Judge, 254th Judicial District Court; Ms. Saavedra; Ms. Pitre; and all parties.

/s/     CRAIG STODDART
JUSTICE